UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OPELTON KELLY,

     Plaintiff,

                             Case No. 1:23-cv-67

v.

                             HON. JANE M. BECKERING

CORIZON OF MICHIGAN, et al.,

     Defendants.

_____/

## **ORDER**

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendants E'Coe Hill (named as Ecoe Hill) and Corizon of Michigan are the only remaining defendants in this matter.[1]  Defendant Hill filed a Motion for Summary Judgment (ECF No. 77).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 88) on January 22, 2026, recommending that this Court grant the motion, dismiss Plaintiff's state-law claims, and terminate this action.  The Report and Recommendation was duly served on the applicable parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 88) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Hill's Motion for Summary Judgment (ECF No. 77) is GRANTED.  Plaintiff's state-law claims are DISMISSED.  Defendant Hill is TERMINATED from this case.

---

[1] On June 12, 2023, this Court stayed this case as to Defendant Corizon of Michigan, only, pending termination of the related bankruptcy proceedings (6/12/2023 Opinion, ECF No. 15 at PageID.62).

**IT IS FURTHER ORDERED**, consistent with this Court's prior Opinion (ECF No. 15), that this case remains STAYED and is administratively CLOSED as to Defendant Corizon of Michigan. This closing is for administrative purposes only and does not constitute a decision on the merits. Upon termination of the aforementioned bankruptcy proceedings, or the lifting of the automatic stay with reference to the instant proceeding, the Court will allow either party to move to reopen this action. Any such motion need only refer to this Order and it will be granted.

Dated: February 26, 2026                      /s/ Jane M. Beckering
                                             JANE M. BECKERING
                                             United States District Judge